IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| TAMEKA PATRICE WATERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:22-CV-00570-MSN-TCB |
| | ) |
| LEIDOS, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COME plaintiff, TAMEKA PATRICE WATERS, by and through her counsel, ROBERT A. HOLSTEIN of HOLSTEIN & MUTH, LLC, respectfully requests of this Honorable Court for leave to file an amended complaint. In support thereof, the plaintiff states as follows:

1. That the Defendant filed its motion to dismiss, which raised issues which Plaintiff feels may best be address and cure defects by the filing of an amended complaint.

2. This is the first amended complaint in this matter.

3. That no party will be prejudiced by the filing of an amended complaint.

WHEREFORE, the plaintiff respectfully requests that the Court to grant leave for Plaintiffs' to file an amended complaint within 14 days.

Dated: August 22, 2022                             Respectfully Submitted,


                                                   _s/ Robert A. Holstein_

1

            Attorney for Plaintiff

            ___s/ Thomas Knox_____
            *Local Counsel*

Robert A. Holstein
Holstein & Muth, LLC
130 N. Garland Court, Suite 1906
Chicago, Illinois 60602
(312) 906-8000
Holsteinrobert3@gmail.com

Thomas Knox
Northern Virginia Immigration Law Firm, PLLC
180 S. Washington Street, Ste. B
Falls Church, Virginia, 22046
Bar No. 97840
knox@novaimmigrationlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Motion For Extension Of Time To was filed this 22nd day of August, 2022 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                _____s/Robert A. Holstein____